1052

THE STATE OF WASHINGTON, *Respondent*, v. LAVAN
ARTHUR LUKES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-8-00265-6, William Knebes, J. Pro Tem, entered December 14, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO
GOMEZ-SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00264-9, Milton R. Cox, J., entered June 27, 1995. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Turner, JJ.

BAYSIDE GARDENS APARTMENT VENTURES, *Appellant*,
v. SECURITY PACIFIC SAVINGS BANK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-29463-8, Robert S. Lasnik, J., entered May 20, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Cox, J.

*In the Matter of the Marriage of* JACQUELINE RUTH
ABERG, *Respondent* and CARY ROLAND ABERG,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-3-02549-1, John M. Darrah, J., entered October 6, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster and Ellington, JJ.